**Order filed May 9, 2013**



## In The

# Eleventh Court of Appeals

_____

## No. 11-11-00283-CR

_____

## JOE LOUIS TIENDA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 428th District Court**

**Hays County, Texas**

**Trial Court Cause No. 07-802**

### O R D E R

This appeal has been unduly stalled due to the failure of Appellant's appointed counsel, Michael Packard, to file an appellate brief. The brief was originally due on November 19, 2012. On December 19, the court on its own motion granted an extension until January 3, 2013. We have had no further

communication from counsel. More than four months have passed since the extended deadline, and counsel has yet to file a brief.

By this order, Michael Packard is ORDERED to file in this court a brief on behalf of Appellant on or before **May 24, 2013**.

PER CURIAM

May 9, 2013

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.